IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-CV-956-RP |
| AUSTIN TELE-SERVICES PARTNERS, L.P., *d/b/a* GENESIS ATS, | § § § § | |
| Defendant. | § § | |

## ORDER

On December 27, 2019, the parties filed a notice of settlement. (Dkt. 6). In this notice, the parties represent that they "have reached a settlement in principle that would resolve all claims raised in the Complaint." (*Id.* at 1). To allow sufficient time to finalize the settlement, the parties request that the Court stay all proceedings for sixty days. (*Id.*).

In light of the parties' notice, the Court **ORDERS** that this action is **STAYED** until **March 2, 2020**. The parties shall either file a stipulation of dismissal or a motion to extend the stay no later than **March 2, 2020**.

**SIGNED** on January 2, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE