UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AUSTIN TELE-SERVICES PARTNERS, L.P., *doing business as* GENESIS ATS,<br><br>  Defendant. | Civil Action No. A-19-CV-956-RP |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE ROBERT PITMAN:

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff United States of America and defendant Austin Tele-Services Partners, L.P., hereby stipulate to the voluntary dismissal with prejudice of this action, subject to the terms of the Settlement Agreement between them. The parties further stipulate that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

Dated:  April 20, 2020

JOHN F. BASH
United States Attorney

*/s/ Thomas A. Parnham, Jr.*
THOMAS A. PARNHAM, JR.
Assistant United States Attorney
New York Bar No. 4775706
903 San Jacinto Blvd, Suite 334
Austin, Texas 78701
Tel: (512) 916-5858
Fax: (512) 916-5854
Email: thomas.parnham@usdoj.gov

*Counsel for Plaintiff*
*United States of America*

Respectfully submitted,

*/s/ Lawrence A. Waks (by permission)*
LAWRENCE A. WAKS
Texas State Bar No. 20670700
Foley & Lardner LLP
600 Congress Ave., Suite 3000
Austin, Texas 78701
Tel: (214) 999-4025
Fax: (214) 999-4667
Email: lwaks@foley.com

*Counsel for Defendant*
*Austin Tele-Services Partners, L.P.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2020, I electronically filed the foregoing document through the Court's ECF system, which will cause a copy of that filing to be served on all counsel of record.

*/s/ Thomas A. Parnham, Jr.*
THOMAS A. PARNHAM, JR.
Assistant United States Attorney
